IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 13-cr-00160-PAB-4

UNITED STATES OF AMERICA,

    Plaintiff,

v.

4.   CARLOS SALCIDO-GARCIA,

    Defendant.

---

## ORDER

---

This matter is before the Court on the United States' Motion to Dismiss Counts [Docket No. 808]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that the Motion to Dismiss Counts [Docket No. 808] is granted. Counts 22, 23, and 25 of the Indictment are dismissed as to defendant Carlos Salcido-Garcia only.

DATED August 5, 2014.

BY THE COURT:

_____
PHILIP A. BRIMMER
United States District Judge